UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDICAL & CHIROPRACTIC CLINIC, INC.,

    Plaintiff,

v.      Case No: 8:16-cv-2341-T-36TBM

ANASEED, LLC, JOHN DOES, JAMES V. JOHNSON and YVONNE JOHNSON,

    Defendants.
_____/

## ORDER

Before the Court is the Notice of Voluntary Dismissal (Doc. 17). In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Notice of Voluntary Dismissal is **APPROVED** (Doc. 17).

2) This cause is dismissed, without prejudice.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on December 5, 2016.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record